U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DAVID NIEDRIST            :       CHAPTER 13
                                   :
         Debtor                    :       BANKRUPTCY NO. 18-15122

## ORDER

AND NOW, this 28th day of August, 2018, upon Motion of the Debtor, the stay in this case is hereby Imposed and for the duration of this case unless relief from same is granted.

BY THE COURT:

_Magdeline D. C_____ J.