

MONRO, INC.
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| FEDERAL W-4 | GUARANTEE | 12 MONTH | NAME | CHECK | ROUTE |
| --- | --- | --- | --- | --- | --- |
| TAX STATUS | RATE | ROLL PROD | | DATE | CODE |
| S04 | | | NIEDRIST, DAVID | 07/06/18 | M1018 |

| | | | PAY PERIOD ENDING 06/30/18 | | | CHECK DATE 07/06/18 | EMP. NO. 086087 |

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Salary | | | Gross----- | 5,196.39 | 5,196.39 | 43,024.85 | Gross----- | 5,196.39 | 43,024.85 |
| REGULAR HOUR | 15.00 | 2,097.90 | | | | | FED Income T | 731.07 | 4,895.42 |
| SPIFF | | 3,083.49 | | | | | FED FICA W/h | 294.01 | 2,334.48 |
| Commissions | | | | | | | FED Medicare | 68.76 | 545.97 |
| | | | | | | | PA STATE INC | 145.58 | 1,155.96 |
| | | | | | | | NJ Unemploym | | 149.22 |
| | | | | | | | NJ State Dis | | 64.00 |
| | | | | | | | NJS FLI | | 30.33 |
| | | | | | | | EMSIP | 6.00 | 72.00 |
| * See Attachment * | | | HD Med Adj | 50.00 | 50.00 | 450.00 | HD Med Adj | 50.00 | 450.00 |
| | | | Vision Adj | | | 15.10 | Vision Adj | | 15.10 |
| | | | Dental Adj | | | 54.46 | Dental Adj | | 54.46 |
| | | | Medical | 369.59 | 369.59 | 4,435.08 | WAGE ASSIGN | 223.38 | 3,650.28 |
| | | | | | | | Medical | 369.59 | 4,435.08 |

BANK NO. 031902766    NAME OF BANK / SAVINGS & LOAN  PNC BANK    ACCOUNT NUMBER ********6198    AMOUNT  3,273.22

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

086087    07/06/18    111299

AUTOMATIC PAYROLL
BANK DEPOSIT
NON-NEGOTIABLE



**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| TAX STATUS | | | NAME | | |
|---|---|---|---|---|---|
| FEDERAL W-4 | GUARANTEE | | NIEDRIST, DAVID | | |

| | | | PAY PERIOD ENDING | CHECK DATE | ROUTE CODE |
|---|---|---|---|---|---|
| | | 12 MONTH ROLL PROD | 06/02/18 | 06/08/18 | M1018 |

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | EMP. NO. | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Salary REGULAR HOUR | 804 | | 2,097.90 | Gross------ | 2,097.90 | 2,097.90 | 35,528.56 | ----Gross----- | 2,097.90 | 086087 | 35,528.56 |
| | | | | | | | | FED Income T | 96.20 | | 3,243.91 |
| | | | | | | | | FED FICA w/h | 101.90 | | 1,926.05 |
| | | | | | | | | FED Medicare | 23.83 | | 450.45 |
| | | | | | | | | PA STATE INC | 50.46 | | 953.72 |
| | | | | | | | | NJ Unemploym | 1.13 | | 143.22 |
| | | | | | | | | NJ State Dis | .51 | | 64.00 |
| | | | | | | | | NJS FLI | .23 | | 30.33 |
| | | | | | | | | EMSIP | 6.00 | | |
| | | | | HD Med Adj | 50.00 | 50.00 | | HD Med Adj | 50.00 | | 60.00 |
| | | | | Vision Adj | | | | Vision Adj | 350.00 | | 350.00 |
| | | | | Dental Adj | | | | Dental Adj | 15.10 | | 15.10 |
| | | | | | | | | WAGE ASSIGN | 54.46 | | 54.46 |
| | | | | Medical | 369.59 | 369.59 | 3,695.90 | Medical | 266.96 | | 3,203.52 |
| | | | | | | | | | 369.59 | | 3,695.90 |

* See Attachment *

---

BANK NO. 03190Z766    NAME OF BANK / SAVINGS & LOAN: PNC BANK    ACCOUNT NUMBER: XXXXXXX6178    AMOUNT 1,091.31

086087    06/08/18    11292

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

**AUTOMATIC PAYROLL BANK DEPOSIT**
**NON-NEGOTIABLE**



**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| TAX STATUS | | | | NAME | | | | | ROUTE CODE | |
|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL W-4 | GUARANTEE | 12 MONTH ROLL PROD | | NIEDRIST, DAVID | | | | | | EMP. NO. |
| $04 | | | PAY PERIOD ENDING 05/19/18 | | | CHECK DATE 05/25/18 | | | | 086087 |

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 2,097.90 | Gross---- | 4,915.33 | 4,915.33 | 33,430.66 | ---Gross--- | 4,915.33 | 33,430.66 |
| REGULAR HOUR | 34.00 | | | | | | | FED Income T | 663.61 | 3,147.71 |
| SPIFF | | | | | | | | FED FICA w/h | 276.59 | 1,824.15 |
| Commissions | | | 2,783.43 | | | | | FED Medicare | 64.69 | 426.62 |
| | | | | | | | | PA STATE INC | 136.95 | 903.26 |
| | | | | | | | | NJ Unemploym | 20.89 | 142.09 |
| | | | | | | | | NJ State Dis | 9.34 | 63.49 |
| | | | | | | | | NJS FLI | 4.42 | 30.10 |
| | | | | | | | | EMSIP | 6.00 | 54.00 |
| | | | | HD Med Adj | 50.00 | 50.00 | 300.00 | HD Med Adj | 50.00 | 300.00 |
| | | | | Vision Adj | | | 15.10 | Vision Adj | | 15.10 |
| | | | | Dental Adj | | | 54.46 | Dental Adj | | 54.46 |
| | | | | Medical | 369.59 | 369.59 | 3,326.31 | WAGE ASSIGN | 266.96 | 2,936.56 |
| | | | | | | | | Medical | 369.59 | 3,326.31 |

* See Attachment *

BANK NO. 03190766

NAME OF BANK / SAVINGS & LOAN: PNC BANK

ACCOUNT NUMBER: xxxxxxx6196

AMOUNT: 05/25/18   11292   3,006.52

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEHIGHTON PA 19057

086087

AUTOMATIC PAYROLL
BANK DEPOSIT
NON-NEGOTIABLE

**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| FEDERAL W-4 | 12 MONTH | | NAME | NIEDRIST, DAVID | | |
|---|---|---|---|---|---|---|
| TAX STATUS | GUARANTEE | | | | | |
| S04 | ROLL PROD | | PAY PERIOD ENDING 05/05/18 | CHECK DATE 05/11/18 | ROUTE M1018 | EMP. NO. 086007 |

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | | Gross---- | 3,475.47 | 3,475.47 | 28,515.33 | Gross---- | 3,475.47 | 28,515.33 |
| REGULAR HOUR | 1,888.11 | | | | | | | FED Income T | 334.70 | 2,484.10 |
| Commissions | 1,587.36 | | | | | | | FED FICA w/h | 187.31 | 1,547.57 |
| | | | | | | | | FED Medicare | 43.80 | 361.93 |
| | | | | | | | | PA STATE Inc | 92.75 | 766.31 |
| | | | | | | | | NJ Unemploym | 14.77 | 121.20 |
| | | | | | | | | NJ State Dis | 6.60 | 54.15 |
| * See Attachment * | | | | | | | | NJS FLI | 3.13 | 25.68 |
| | | | | | | | | ENSIP | | 48.00 |
| | | | | | | | | HD Med Adj | 50.00 | 250.00 |
| | | | | | | | | Vision Adj | 6.00 | 15.10 |
| | | | | | | | | Dental Adj | | 54.46 |
| | | | | | | | | WAGE ASSIGN | | |
| | | | | | | | | Medical | 369.59 | 2,956.72 |
| | | | | HD Med Adj | 50.00 | 50.00 | 250.00 | | 266.96 | 2,669.60 |
| | | | | Vision Adj | | | 15.10 | | | |
| | | | | Dental Adj | | | 54.46 | | | |
| | | | | Medical | 369.59 | 369.59 | 2,956.72 | | 369.59 | |



```
BANK NO.         NAME OF BANK / SAVINGS & LOAN        ACCOUNT NUMBER          AMOUNT
03102766         PNC BANK                              ************6198        2,058.08
                 086007                                05/11/18               11250
```

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

AUTOMATIC PAYROLL
BANK DEPOSIT
NON-NEGOTIABLE

**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 • 585-647-6400

NAME: NIEDRIST, DAVID

| TAX STATUS | | | | | | | | CHECK DATE | ROUTE CODE | EMP. NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL W-4 | S04 | GUARANTEE | 12 MONTH ROLL PROD | | PAY PERIOD ENDING 04/21/18 | | | 04/27/18 | M1018 | 086087 | |

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Salary Regular Hour | | | 2,307.69 | Gross | 2,307.69 | 2,307.69 | 25,039.86 | Gross | 2,307.69 | 25,039.86 |
| | | | | | | | | FED Income T | 121.38 | 2,147.40 |
| | | | | | | | | FED FICA u/h | 114.90 | 1,360.26 |
| | | | | | | | | FED Medicare | 26.88 | 318.13 |
| | | | | | | | | PA STATE INC | 56.90 | 673.56 |
| | | | | | | | | NJ Unemploym | 3.61 | 106.43 |
| | | | | | | | | NJ State Dis | 4.38 | 47.55 |
| | | | | | | | | NJS FLI | 2.08 | 22.55 |
| | | | | | | | | EMSTP | 6.00 | 42.00 |
| * See Attachment * | | | | NB Med Adj | 50.00 | 50.00 | 200.00 | NB Med Adj | 50.00 | 200.00 |
| | | | | Vision Adj | | | 15.19 | Vision Adj | | 15.10 |
| | | | | Dental Adj | | | 54.46 | Dental Adj | | 54.46 |
| | | | | Medical | 369.59 | 369.59 | 2,587.13 | WAGE ASSIGN | | 2,402.64 |
| | | | | | | | | Medical | 369.59 | 2,587.13 |

---

BANK NO. 031902766   NAME OF BANK / SAVINGS & LOAN: PNC BANK   086087   04/27/18   ACCOUNT NUMBER: xxxxxxx6198   AMOUNT: 11250   1,239.03

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

**AUTOMATIC PAYROLL BANK DEPOSIT**
**NON-NEGOTIABLE**



MONRO, INC.
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| TAX STATUS | FEDERAL W-4 | | | GUARANTEE | | 12 MONTH ROLL PROD | | NAME NIEDRIST, DAVID | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S04 | | | | | | | | PAY PERIOD ENDING 04/07/18 | CHECK DATE 04/13/18 | ROUTE CODE M1010 EMP. NO. 086087 |

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Salary | | | 2,097.90 | Gross---- | 2,719.87 | 2,719.87 | 22,732.17 | ----Gross---- | 2,719.87 | 22,732.17 |
| REGULAR HOUR | 52.00 | | | | | | | FED Income T | 170.84 | 2,026.02 |
| SPIFF | | | 569.97 | | | | | FED FICA w/h | 140.46 | 1,245.36 |
| Contest | | | | | | | | FED Medicare | 32.85 | 291.25 |
| | | | | | | | | PA STATE INC | 69.55 | 616.66 |
| | | | | | | | | NJ Unemploym | 11.56 | 96.62 |
| | | | | | | | | NJ State Dis | 5.17 | 43.17 |
| | | | | | | | | NJs FLI | 2.45 | |
| | | | | HD Med Adj | 50.00 | 50.00 | | HD Med Adj | 36.00 | 20.47 |
| | | | | Vision Adj | | | | Vision Adj | 6.00 | 150.00 |
| | | | | Dental Adj | | | | Dental Adj | 50.00 | 54.46 |
| * See Attachment * | | | | Medical | 369.59 | 369.59 | 2,217.54 | NAGE ASSIGN | 266.96 | 2,135.68 |
| | | | | | | | | Medical | 369.59 | 2,217.54 |

BANK NO. 03190276G    NAME OF BANK / SAVINGS & LOAN    PNC BANK    ACCOUNT NUMBER **********6198    086087    04/13/18    AMOUNT 11,248    1,554.66

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

AUTOMATIC PAYROLL
BANK DEPOSIT
NON-NEGOTIABLE

**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| | | | NAME | NIEDRIST, DAVID | | ROUTE | M1018 |
|---|---|---|---|---|---|---|---|
| FEDERAL W-4 | GUARANTEE | 12 MONTH | PAY PERIOD ENDING | 03/24/18 | CHECK DATE | 03/30/18 | |
| TAX STATUS | RATE | ROLL PROD | | | | EMP. NO. | 086087 |
| S04 | | | | | | | |

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Salary REGULAR HOUR | | 2,307.69 | Gross------ | 2,307.69 | 2,307.69 | 20,012.30 | Gross------ | 2,307.69 | 20,012.30 |
| | | | | | | | FED Income T | 121.38 | 1,855.18 |
| | | | | | | | FED FICA W/h | 114.91 | 1,104.90 |
| | | | | | | | FED Medicare | 26.87 | 258.40 |
| | | | | | | | PA STATE INC | 56.90 | 547.11 |
| | | | | | | | NJ Unemploym | 9.81 | 85.06 |
| | | | | | | | NJ State Dis | 4.38 | 38.00 |
| | | | | | | | NJS FLI | 2.08 | 18.02 |
| | | | | | | | EMSIP | | 30.00 |
| | | | | | | | HD Med Adj | 50.00 | 100.00 |
| HD Med Adj | | 50.00 | | 50.00 | 50.00 | 100.00 | Vision Adj | 6.00 | 15.10 |
| Vision Adj | | | | | | 15.10 | Dental Adj | 2.00 | 54.46 |
| Dental Adj | | | | | | 54.46 | WAGE ASSIGN | | 266.96 |
| Medical | | 369.59 | | 369.59 | 369.59 | 1,847.95 | Medical | 369.59 | 1,847.95 |

* See Attachment *

---

BANK NO. 031902766    NAME OF BANK / SAVINGS & LOAN: PNC BANK    ACCOUNT NUMBER: **********6198    AMOUNT

086087    03/30/18    11218    1,239.03

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

**AUTOMATIC PAYROLL BANK DEPOSIT NON-NEGOTIABLE**



**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400
GUARANTEE

NAME: NIEDRIST, DAVID

TAX STATUS: FEDERAL W-4 S04
PAY PERIOD ENDING: 03/10/18
CHECK DATE: 03/16/18
ROUTE CODE: M1018
EMP. NO.: 086087

| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES |
|---|---|---|---|---|---|---|---|
| Salary | | | 2,307.69 | Gross----- | 2,818.25 | 2,818.25 | 17,704.61 |
| REGULAR HOUR | 44.00 | | 456.56 | | | | |
| SPIFF Contest | | | | | | | |

| | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|
| | -----Gross----- | 2,818.25 | 17,704.61 |
| | FED Income T | 192.11 | 1,733.80 |
| | FED FICA W/h | 146.56 | 989.99 |
| | FED Medicare | 34.28 | 231.53 |
| | PA STATE INC | 72.57 | 490.21 |
| | NJ Unemploym | 11.98 | 75.25 |
| | NJ State Dis | 5.35 | 33.62 |
| | NJ FLI | 2.54 | 15.94 |
| | EMSIP | | 24.00 |
| * See Attachment * | HD Med Adj | 50.00 | 50.00 |
| | Vision Adj | | 15.10 |
| | Dental Adj | | 54.46 |
| | Medical | 369.59 | 1,478.36 |
| | WAGE ASSIGN | 266.96 | 1,601.76 |
| | Medical | 369.59 | 1,478.36 |

BANK NO.: 031902766
NAME OF BANK / SAVINGS & LOAN: PNC BANK
ACCOUNT NUMBER: *******6198
086087   03/16/18   11214   AMOUNT 1,620.53

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

**AUTOMATIC PAYROLL BANK DEPOSIT**
**NON-NEGOTIABLE**

**MONRO, INC.**
200 HOLLEDER PARKWAY
ROCHESTER, NEW YORK 14615-3808 · 585-647-6400

| TAX STATUS | RATE | | | GUARANTEE 12 MONTH ROLL PROD | | PAY PERIOD ENDING 02/24/18 | | NAME NIEDRIST, DAVID | | CHECK DATE 03/02/18 | ROUTE #1016 EMP. NO. 086087 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEDERAL W-4 $04 | | | | | | | | | | | |

| DESCRIPTION | HOURS | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Salary REGULAR HOUR | | 2,307.69 | Gross---- | 2,307.69 | 2,307.69 | 14,886.36 | ---Gross---- | 2,307.69 | 14,886.36 |
| | | | | | | | FED Income T | 119.03 | 1,541.69 |
| | | | | | | | FED FICA w/h | 113.62 | 643.43 |
| | | | | | | | FED Medicare | 26.59 | 197.25 |
| | | | | | | | PA STATE INC | 56.30 | 417.64 |
| | | | | | | | NJ Unemploym | 9.81 | 63.27 |
| | | | | | | | NJ State Dis | 4.38 | 28.27 |
| | | | | | | | NJS FLI | 2.08 | 13.40 |
| | | | | | | | EMSIP | 6.00 | 18.00 |
| | | Vision Adj | 15.10 | 15.10 | | | Vision Adj | 15.10 | 15.10 |
| | | Dental Adj | 54.46 | 54.46 | | | Dental Adj | 54.46 | 54.46 |
| | | | | | | | WAGE ASSIGN | 266.96 | 1,334.80 |
| | | Medical | 369.59 | 369.59 | | | Medical | 369.59 | 1,108.77 |
| | | Dental | 27.23 | 27.23 | | | Dental | 27.23 | 81.69 |

* See Attachment *

| BANK NO. | NAME OF BANK / SAVINGS & LOAN | ACCOUNT NUMBER | | AMOUNT |
|---|---|---|---|---|
| 031903766 | PNC BANK | xxxxxxx6199 | 03/02/18 11137 | 1,223.92 |

DEPOSITED FOR:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

**AUTOMATIC PAYROLL BANK DEPOSIT NON-NEGOTIABLE**

