

Payroll check stub for NIEDRIST, DAVID

- Employer: ...O, INC., ...LEDER PARKWAY, ...STER, NEW YORK 14615-3808, 585-647-6400
- Status: W-4, S04
- Pay Period Ending: 07/28/18
- Check Date: 08/03/18
- Route: M1018

| HOURS | RATE | AMOUNT | DESCRIPTION | FICA TAX WAGES | FED TAX WAGES | YTD FED TAX WAGES | DESCRIPTION | CURRENT AMT | YTD AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | 5,019.55 | Gross | 7,117.45 | 7,117.45 | 52,665.99 | Gross | 7,117.45 | 52,665.99 |
| | | | | | | | FED Income T | 1,192.12 | 5,434.84 |
| | | | | | | | FED FICA w/h | 413.12 | 2,875.89 |
| | | | | | | | FED Medicare | 96.62 | 672.59 |
| | | | | | | | PA STATE INC | 204.56 | 1,424.05 |
| | | | | | | | NJ Unemploy | | 143.22 |
| | | | | | | | NJ State Dis | | 64.00 |
| | | | | | | | NJS FLI | | 30.93 |
| | | | | | | | EHSIP | 6.00 | 84.00 |
| | | | HD Med Adj | 50.00 | 50.00 | 550.00 | HD Med Adj | 50.00 | 550.00 |
| | | | Vision Adj | | | 15.10 | Vision Adj | | 15.10 |
| | | | Dental Adj | | | 54.46 | Dental Adj | | 54.46 |
| | | | Medical | 369.59 | 369.59 | 5,174.26 | WAGE ASSIGN | 223.38 | 4,097.04 |
| | | | | | | | Medical | 369.59 | 5,174.26 |

BANK NO. 031902766  
NAME OF BANK / SAVINGS & LOAN: PNC BANK  
ACCOUNT NUMBER: 086067 xxxxxxxx6199  
AMOUNT: 4,527.29  
11342

DEPOSITED FOR:  
DAVID NIEDRIST  
45 INDIAN CREEK ENTRY  
LEVITTOWN PA 19057

AUTOMATIC PAYROLL BANK DEPOSIT NON-NEGOTIABLE



Attachment M



Pay stub (rotated) for NIEDRIST, DAVID — Pay Period Ending 07/14/18, Check Date 07/20/18:

| Description | Current Amt | YTD Amount |
|---|---|---|
| Gross | 2,523.69 | 45,548.54 |
| FED Income T | 147.30 | 4,242.72 |
| FED FICA w/h | 128.29 | 2,462.77 |
| FED Medicare | 30.00 | 575.97 |
| PA STATE INC | 63.53 | 1,219.49 |
| NJ Unemploy | | 143.22 |
| NJ State Dis | | 64.00 |
| NJS FLI | 6.00 | 30.93 |
| EMSIP | | 78.00 |
| HD Med Adj | 50.00 | 500.00 |
| Vision Adj | | 30.00 |
| Dental Adj | | 54.45 |
| WAGE ASSIGN | 223.30 | 3,873.66 |
| Medical | 369.59 | 4,804.67 |

Hours: 216.00  Rate: $10.4/HR  Amount: 2,307.69
FICA Wages: 2,523.69  Fed Tax Wages: 2,523.69  YTD Fed Tax Wages: 45,548.54
HD Med Adj 50.00 / 50.00
Vision Adj
Dental Adj
Medical 369.59 / 369.59 / 4,804.67

Bank No. 031902766  Name of Bank: PNC BANK  Account Number: ********6198  Amount: 1,470.82  11319

Deposited for:
DAVID NIEDRIST
45 INDIAN CREEK ENTRY
LEVITTOWN PA 19057

AUTOMATIC PAYROLL BANK DEPOSIT NON-NEGOTIABLE