# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15122-MDC

DAVID M NIEDRIST

45 INDIAN CREEK ENTRY

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID M NIEDRIST

    45 INDIAN CREEK ENTRY

    LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                                  /S/ William C. Miller

Date: 10/3/2018                                   _____

                                                        William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee